

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00120-CV

IN RE TARGET CORPORATION, Relator

§ Original Proceeding

§ 96th District Court of Tarrant County, Texas

§ Trial Court No. 096-321139-20

§ July 26, 2021

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered Relator Target Corporation's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its April 7, 2021 order compelling Target to make its property available for inspection. Our writ will issue only if the trial court fails to comply.

It is further ordered that Real Parties in Interest Antonio Lopez-Victorino and Maria Jackson shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
     Justice Wade Birdwell